UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22CR100 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| DARRYL L. ROBERTS, | ) | |
| | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant Darryl Roberts' motion to continue his sentencing hearing that is scheduled for tomorrow, October 27, 2023. The motion (Doc. 143) was filed at 12:30 p.m. on October 26, 2023.

Within his motion, Roberts requests a 30-day continuance due to the fact that his mother had a stroke on October 21, 2023. Roberts notes that he lives next door to his mother and provides her significant assistance when his stepfather is working. Roberts also notes that his mother has been to all of his court hearings and will be unable to attend his sentencing due to her recent health issues.

While the Court is not unsympathetic to the unfortunate circumstances surrounding Roberts' mother, it must also be cognizant of the fact that Roberts has been on bond in this matter since January 27, 2002. Further, this matter was originally set for sentencing on August 15, 2023 and was continued several times for varying circumstances. As such, the Court believes it is in the best interests of all involved for the matter to move forward as scheduled.

With that said, the Court will make arrangements if Roberts' mother wishes to attend his sentencing hearing via telephone.   Counsel will need to provide a phone number at the outset of the hearing, and the Court will allow Roberts' motion to listen to the entirety of the proceedings.

The motion to continue is DENIED.

IT IS SO ORDERED.


October 26, 2023                                                    /s/ John R. Adams
                                                                     JUDGE JOHN R. ADAMS
                                                                     UNITED STATES DISTRICT JUDGE